# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| ANNIE R. COCHRAN | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:09CV00761   SWW |
| I.C. CORPORATION and LOCAL 1762 | * | |
| UNITED AUTO WORKERS | * | |
| | * | |
| Defendants | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day,  it is CONSIDERED, ORDERED, and  ADJUDGED  that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 12TH   DAY OF APRIL, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE